# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CAIN KING, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SOUTHSTATE BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 8:24-cv-00849-KKM-SPF |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Cain King pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant SouthState Bank, N.A. without prejudice.

Dated: June 26, 2024

Respectfully submitted,

*/s/ Mariya Weekes*
Mariya Weekes (FL Bar #56299)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Telephone: 786-879-8200
mweekes@milberg.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 26, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Mariya Weekes*
Mariya Weekes (FL Bar #56299)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Telephone: 786-879-8200
mweekes@milberg.com